# United States Court of Appeals
## For the First Circuit

No. 09-2186

GREGORIO IGARTÚA, ET AL.,

Plaintiffs, Appellants,

v.

UNITED STATES OF AMERICA, ET AL.,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on November 24, 2010, is amended as follows:

On pp. 77-78, footnote 47: insert a quotation mark at the beginning of "was" to read ""was not a counter-offer")."

On p. 89, lines 4 and 17: should read "_supra_ note 34"

On p. 91, line 4: should read "_supra_ note 34"

On p. 91, lines 6 and 17 of footnote 53: should read "_supra_ note 34"

On p. 92, lines 1, 11, and 16: should read "_supra_ note 34"

On p. 93, line 1: should read "_supra_ note 34"

On p. 93, lines 8 and 16 of footnote 55: should read "_supra_ note 34"